## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| **KRISTEN HOWER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 3:18-CV-756 PPS-MGG |
| | ) |
| **CHRISTIANA CREEK CC LLC and ROBERT JOERS,** | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Comes now, Plaintiff, Kristin Hower, and files this stipulation of dismissal, with prejudice, as to Defendant Christiana Creek CC LLC.  Defendant has not filed a responsive pleading.

This matter will proceed now against Robert Joers as the sole Defendant.

Respectfully Submitted,

/s/ Christopher S. Wolcott
Christopher S. Wolcott
450 East 96th Street Ste 500
Indianapolis, IN  46240
Tel (317) 500-0700
Fax (317) 732-1996
Email  indy2buck@hotmail.com

Attorney for Plaintiff