UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KRISTEN HOWER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:18-cv-756-PPS-MGG |
| ) | |
| CHRISTIANA CREEK CC LLC and ) | |
| ROBERT JOERS, ) | |
| Defendants. ) | |

ORDER

Before the Court is plaintiff Kristen Hower's Stipulation of Dismissal [DE 6.] Plaintiff has stipulated to dismissal, with prejudice, as to defendant Christiana Creek CC LLC, who has not answered or filed a responsive pleading.

ACCORDINGLY: Plaintiff Kristen Hower's claims against defendant Christiana Creek CC LLC are DISMISSED WITH PREJUDICE. The case will proceed with Robert Joers as the sole defendant.

SO ORDERED on January 2, 2019.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT